| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  Perry, Catherine D | 2. Court or Organization  United States District Court | 3. Date of Report  5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  111 S. 10th Street  14 Floor South  St. Louis, Missouri 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Self-employed builder |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Perry, Catherine D | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (incl trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. A.G. Edwards Money Market Fund (IRA) | B | Dividend | L | T | Rollover | 10/18 | L | A | See Section VIII |
| 2. Mineral Rights Kiowa Co., OK | | None | J | W | | | | | |
| 3. Mineral Rights Novarro Co., TX | | None | J | W | | | | | |
| 4. A.G. Edwards Money Fund | A | Dividend | K | T | Transfer | 1/27 | K | A | See Section VIII |
| 5. Meditrust Corp. (stock) (IRA) | | None | J | T | Rollover | 10/18 | J | A | See Section VIII |
| 6. John Q. Hammonds Hotels (stock) (IRA) | | None | J | T | Rollover | 10/18 | J | A | See Section VIII |
| 7. Missouri State Bank Money Market Fund | C | Interest | M | T | | | | | See Section VIII |
| 8. Missouri State Bank Money Market Fund | A | Interest | K | T | | | | | See Section VIII |
| 9. Missouri State Bank Checking Account | A | Interest | J | T | | | | | |
| 10. Missouri State Bank Checking Account | A | Interest | J | T | | | | | |
| 11. Walt Disney Co. (IRA) | | None | J | T | Rollover | 10/18 | J | A | See Section VIII |
| 12. Mineral Rights Beckham Co., OK | | None | J | W | | | | | |
| 13. Mineral Rights Custer Co., OK | B | Royalty | K | W | | | | | |
| 14. Centennial Money Market Fund | A | Dividend | K | T | Transfer | 9/15 | K | A | See Section VIII |
| 15. Landmark Bank CD | A | Interest | L | T | Transfer | 9/15 | L | A | See Section VIII |
| 16. SMJROK, Inc. | E | Dividend | J | W | Liquidation | 9/15 | M | A | See Section VIII |
| 17. SMJR, Inc. | | None | K | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Perry, Catherine D | 5/6/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Investments and Trusts (Continued)

1. Moved to Thrift Savings Plan.

4. Moved to Missouri State Bank Money Market Fund (listed as item 8).

5. Moved to Thrift Savings Program.

6. Moved to Thrift Savings Program.

7. New account established with funds moved from items 14, 15, and 16.

8. New account established with funds moved from item 4.

11. Moved to Thrift Savings Fund.

14. Moved to Missouri State Bank Money Market Fund listed in item 7.

15. Moved to Missouri State Bank Money Market Fund listed in item 7.

16. Company was liquidated and remaining cash was transferred to Missouri State Bank Money Market Fund listed in item 7.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Perry, Catherine D | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 5/6/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544